**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**Case No.** 4:08-CV-23

| | |
|---|---|
| Patricia E. Murphy | ) |
| Plaintiff(s), | ) |
| | ) |
| vs | ) |
| | ) |
| James T. Patten, et al. | ) |
| Defendant(s). | ) |

**DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A**
**DIRECT FINANCIAL INTEREST IN LITIGATION**

Pursuant to Fed.R.Civ.P. 7.1 and Local Civil Rule 7.3, or Fed.R.Crim.P. 12.4 and Local Criminal Rule 12.3,

Patricia E. Murphy          who is  Plaintiff                    ,
(name of party)                    (plaintiff/defendant/other:_____)

makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?

     YES  ◯          NO  ⊙

2. Does party have any parent corporations?

     YES  ◯          NO  ⊙

If yes, identify all parent corporation, including grandparent and great-grandparent corporations:

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

     YES  ◯          NO  ⊙

If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Civil Rule 7.3 or Local Criminal Rule 12.3)?

YES ◯          NO ⊙

If yes, identify entity and nature of interest:

5. Is party a trade association?

YES ◯          NO ⊙

If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

6. If case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditors's committee:

Signature: s/Andrew O. Whiteman

Date:          February 11, 2008