IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

Civil Action No. 4:08-CV-23-FL

| | |
|---|---|
| PATRICIA E. MURPHY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| JAMES T. PATTEN, ) | |
| GREATER METROPOLITAN ) | |
| INVESTMENT SERVICES, INC., ) | |
| T. R. WINSTON & CO., LLC, ) | |
| EMPIRE FINANCIAL GROUP, INC., ) | |
| and CHINTAMAN M. DALVI, ) | |
| ) | |
| Defendants. ) | |
| ) | |

This matter is before the Court for consideration of Plaintiff's Motion for Entry of Default and Default Judgment. The Court has determined that defendants James T. Patten and Greater Metropolitan Investment Services, Inc. were properly served with plaintiff's Motion for Confirmation of Arbitration Award and the summons by certified mail, return receipt requested, and failed to file an answer or other responsive pleading within the time allowed by the Rules of Civil Procedure. Therefore, plaintiff is entitled to entry of default and default judgment pursuant to Rule 55 of the Rules of Civil Procedure.

It is hereby ORDERED that plaintiff's Motion to Confirm Arbitration Award is allowed. The arbitration award entered in FINRA Case No. 06-03931 is confirmed pursuant to 9 U.S.C. § 9. James T. Patten and Greater Metropolitan Investment Services, Inc. are liable, jointly and

severally, and shall pay to plaintiff Patricia E. Murphy $753,417.50 plus interest at the rate of 6% per annum accruing from January 31, 2008 until the date of payment.

      SO ORDERED.

| | |
|---|---|
| _____ | _____ |
| Date | Louise W. Flanagan |
| | Judge Presiding |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the attached document or pleading was served upon all parties by United States Mail, addressed to:

> James T. Patten
> 23 Crest Drive
> Basking Ridge, NJ 07920
>
> Greater Metropolitan Investment Services, Inc.
> c/o James T. Patten
> 23 Crest Drive
> Basking Ridge, NJ 07920

| | |
|---|---|
| April 7, 2008 | /s/ Andrew O. Whiteman |
| Date | Andrew O. Whiteman |