## UNITED STATES DISTRICT COURT
Eastern District of North Carolina
EASTERN DIVISION

PATRICIA E. MURPHY,
       Plaintiff,

      v.                                *Judgment in a Civil Case*
                                       Case Number: 4:08-CV-23-FL

JAMES T. PATTEN,
GREATER METROPOLITAN
INVESTMENT SERVICES, INC.,
T.R. WINSTON & CO., LLC,
EMPIRE FINANCIAL GROUP, INC.,
and CHINTAMAN M. DALVI,
           Defendants.

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

It is hereby ORDERED that plaintiff's Motion for Default Judgment is allowed. The arbitration award entered in FINRA Case No. 06-03931 is confirmed pursuant to 9 U.S.C. § 9. Pursuant to the terms of the arbitration award, James T. Patten and Greater Metropolitan Investment Services, Inc. are liable, jointly and severally, and shall pay to plaintiff Patricia E. Murphy $753,417.50 plus interest at the rate of 6% per annum accruing from January 31, 2008 until the date of payment.

SO ORDERED: /s/Louise W. Flanagan, Chief United States District Judge.

JUDGMENT FILED AND ENTERED THIS 9th DAY OF MAY 2008 AND COPIES SERVED ELECTRONICALLY ON COUNSEL.


May 9, 2008                        DENNIS P. IAVARONE, CLERK

                                          /s/Christa N. Baker
                                            (by) Deputy Clerk