IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

Civil Action No. 4:08-CV-23-FL

| | |
|---|---|
| PATRICIA E. MURPHY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| JAMES T. PATTEN, | ) |
| GREATER METROPOLITAN | ) |
| INVESTMENT SERVICES, INC., | ) |
| T. R. WINSTON & CO., LLC, | ) |
| EMPIRE FINANCIAL GROUP, INC., | ) |
| and CHINTAMAN M. DALVI, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## SATISFACTION OF JUDGMENT

**TO THE CLERK OF THE ABOVE-NAMED COURT:**

**WHEREAS,** on May 9, 2008, the United States District Court for the Eastern District of North Carolina, Eastern Division entered default judgment against Defendants James T. Patten and Greater Metropolitan Investment Services, Inc jointly and severally in the amount of $753,417.50 in the above entitled action, and

**WHEREAS,** the judgment amount together with interest has been satisfied in full.

**NOW THEREFORE** this is your warrant and authority to enter on the aforesaid record this satisfaction of judgment.

MURPHY.0105.N.C. SATISFACTION OF JUDGMENT.DOC

June 7, 2010                          /s/ Andrew O. Whiteman
Date                                  Andrew O. Whiteman, Esq.
                                      North Carolina Bar Number 9523
                                      Hartzell & Whiteman, L.L.P.
                                      Attorneys for Plaintiff
                                      2626 Glenwood Avenue, Suite 500
                                      Raleigh, North Carolina  27608
                                      Telephone: (919) 571-8300
                                      Fax: (919) 571-1004
                                      E-mail: andywhiteman@hwlawyers.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the attached document or pleading was served upon all parties by United States Mail, addressed to:

> James T. Patten
> 23 Crest Drive
> Basking Ridge, NJ  07920
>
> Greater Metropolitan Investment Services, Inc.
> c/o James T. Patten
> 23 Crest Drive
> Basking Ridge, NJ  07920

| | |
|---|---|
| June 7, 2010 | /s/ Andrew O. Whiteman |
| Date | Andrew O. Whiteman |