IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

Civil Action No. 4:08-CV-23-FL

| | |
|---|---|
| PATRICIA E. MURPHY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| JAMES T. PATTEN, | ) |
| GREATER METROPOLITAN | ) |
| INVESTMENT SERVICES, INC., | ) |
| T. R. WINSTON & CO., LLC, | ) |
| EMPIRE FINANCIAL GROUP, INC., | ) |
| and CHINTAMAN M. DALVI, | ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

It is hereby stipulated and agreed by and between the plaintiff and defendants James T. Patten and Greater Metropolitan Investment Services, Inc. that the above-captioned matter is hereby voluntarily dismissed with prejudice against defendants James T. Patten and Greater Metropolitan Investment Services, Inc. without costs against either party.

June 7, 2010
Date

/s/ Andrew O. Whiteman
Andrew O. Whiteman, Esq.
North Carolina Bar Number 9523
Hartzell & Whiteman, L.L.P.
Attorneys for Plaintiff
2626 Glenwood Avenue, Suite 500
Raleigh, North Carolina 27608
Telephone: (919) 571-8300
Fax: (919) 571-1004
E-mail: andywhiteman@hwlawyers.com

MURPHY 0106 N.C. STIPULATION OF DISMISSAL.DOC

May 20, 2010
Date

James T. Patten

May 20, 2010
Date

Greater Metropolitan Investment Services, Inc.

By: James T. Patten, President

2